In the Matter of Proving the Last Will and Testament, and Codicil Thereto, of JOHN E. GREENWOOD, Deceased, as a Will of Real and Personal Property. EDWARD H. CARNER and Others, Appellants; HUGH M. GREENWOOD, Respondent. — Decree of the Surrogate's Court of Kings county, admitting will and codicil to probate, unanimously affirmed, with costs to respondent payable out of the estate. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Petition to Set Aside the Election of FRED G. LEMMERMAN as a Trustee of Kings County Savings Bank.— Order denying application to set aside the election of Lemmerman as trustee of Kings County Savings Bank, to adjudge and decree that three of the trustees of said bank had forfeited their offices as such trustees and that Schwartz was a duly elected trustee, and for other relief, affirmed, with ten dollars costs and disbursements. Section 32 of the General Corporation Law, under which the application is made, has to do with the regularity and legality of corporate elections. The relief prayed for by the petitioner, in our opinion, goes far beyond that contemplated by the statute authorizing these summary proceedings. The court is of opinion that, under the facts and circumstances of the case, the question involved in the claim that the offices of three trustees were vacant and that, therefore, the trustees were incapable of voting, may not be determined in a proceeding under section 32 of the General Corporation Law, but must be determined by appropriate court action (*Matter of Clarke, Inc., Nos. 1, 2*, 186 App. Div. 216) or by action of the trustees under subdivision 1 of section 268 of the Banking Law. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

In the Matter of Arbitration: PARKER NEWHALL, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant.— Order denying motion to dismiss petition and set aside verdict, and order directing that arbitration proceed, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Lazansky, J., dissents.

ALBERT KALISH, Respondent, v. COMMODORE KNITTING MILLS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FREDERICK J. KNOB, Respondent, v. MARY DOEPFER and REGINA MARSHEIDER, Appellants.— Order granting plaintiff's motion for reargument and, on reargument, setting aside verdict and granting a new trial, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ARCHIBALD H. KURLAND, Appellant, v. UNITED CITIES REALTY CORPORATION, Respondent.— Judgment dismissing complaint on the merits unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.